# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

MORRIS LEWIS KOPP,
    Petitioner/Appellant

Cv. 03-222-MA

v.

JEAN HILL,
    Respondent/Appellee

DENIAL OF
CERTIFICATE OF APPEALABILITY

*Pursuant to petitioner's filing of a notice of appeal in this case, the court certifies that the petitioner has not made a substantial showing of the denial of a constitutional right pursuant to USC §2253(c)(2). This cause is not appropriate for appellate review.*

Dated this _8_ day of _June_, 2005.

_Malcolm F. Marsh_
Malcolm F. Marsh
United States District Judge

1-DENIAL OF CERTIFICATE OF APPEALABILITY